FILED
February 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002443469

HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
Michael A. Yee (CA Bar Assn. No. 258811)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: aavery@hsmlaw.com

Attorneys for
GARY FARRAR,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re<br><br>ANTHONY K. MORA, SR. and<br>DENISE F. MORA,<br><br>Debtors. | Case No.   09-45016-A-7<br>DC No.:    HSM-010<br>Date:      March 29, 2010<br>Time:      9:00 a.m.<br>Place:     501 I Street<br>           Sacramento, CA<br>           Ctrm. 28, 7th Flr.<br>Judge:     Michael S. McManus |

**MOTION TO ABANDON PROPERTY OF THE ESTATE LOCATED AT
18776 E. B STREET, CLEMENTS, CALIFORNIA**

GARY FARRAR, the Chapter 7 Trustee herein ("Trustee"), moves this court for authority to abandon the estate's interest in real property of the estate located at and commonly known as 18776 E. B Street, Clements, California (the "Property"). The Trustee's motion to abandon the Property (the "Motion") is made pursuant to 11 U.S.C. § 554(a) because the Property is of inconsequential value or benefit to the estate and is otherwise burdensome to the administration of this case. In support of the Motion, the Trustee respectfully represents as follows:

1.  ANTHONY K. MORA, SR. and DENISE F. MORA, the Debtors herein ("Debtors"), filed their voluntary petition under Chapter 7 of the Bankruptcy Code on November 16, 2009. The Trustee was appointed Chapter 7 Trustee on that date.

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2. Jurisdiction for the filing of this motion exists pursuant to 28 U.S.C. § 157 and 1334; 11 U.S.C. § 554(a); and the reference to this court by the District Court for the Eastern District of California.

3. In their Schedule A, filed December 8, 2009, the Debtors listed the Property as having a value of $375,000.00. In their Schedule D, filed December 8, 2009, the Debtors listed $200,000.00 in claims secured by a deed of trust recorded against the Property. The Trustee believes the Property is part of the property located at 18740B/22588 Third Street, Clements CA ("18740B Property"), and may have been scheduled separately in error. At the hearing held February 16, 2010, the Court ordered the 18740B Property abandoned.

4. Pursuant to 11 U.S.C. § 554(a), after notice and a hearing, the Trustee ". . .may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

5. The Trustee has investigated the Property by visiting the Property twice, consulting with his real estate broker, internet research, and review of the Debtors' Schedules. Based upon his investigation and experience as a Chapter 7 Trustee, the Trustee believes that there is no realizable equity in the Property, and it is therefore of inconsequential value and benefit to the estate.

6. Further, the Property is or may be burdensome to the estate due to potential security, maintenance and insurance costs, and other potential risks faced by the estate through continued ownership of the Property, including negative tax consequences from a potential foreclosure on the Property.

**WHEREFORE,** the Trustee respectfully requests that the Court order that the Property be abandoned.

Dated: February 25, 2010

HEFNER, STARK & MAROIS, LLP

By _____
Aaron A. Avery, Attorneys for
GARY FARRAR, Chapter 7 Trustee